NOT FOR PUBLICATION (Doc. No. 14)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| BRYAN ALLAN ROSCOE, | Civil No. 10-1043 (RBK/AMD) |
| Plaintiff, | |
| v. | **ORDER** |
| P.O.W. NETWORK, CHARLES SCHANTAG and MARY SCHANTAG, | |
| Defendants. | |

**THIS MATTER** having come before the Court upon the Motion to Dismiss by Defendants P.O.W. Network, Charles Schantag and Mary Schantag (collectively "Defendants"); and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss Plaintiffs' defamation claim and invasion of privacy claim is **GRANTED**.

Dated: 9/30/2010

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge